# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JEFFREY HARRELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1353

[September 5, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case No. 17-13965CF10A.

Carey Haughwout, Public Defender, and Gary Lee Caldwell, Assistant Palm Beach Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., LEVINE and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***